------------------------------------------------------------

**07 CV 9919**  ECF

CNA Ins. Co. Ltd.  V.  Mercer
Transportation Co. Inc.

USDC SDNY

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 9919 (BSJ)(RLE)

------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

X  General Pretrial (includes scheduling,
   discovery, non-dispositive pretrial motions,
   and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

   _____

   _____

   If referral is for discovery disputes  when
   the District Judge is unavailable, the time
   period of the referral:_____

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all
     purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for
     limited purpose (e.g., dispositive motion,
     preliminary injunction)

     Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring
     a Report and Recommendation)

     Particular Motion:_____

     All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          11/30/07

          _____
          United States District Judge