## NOWELL AMOROSO KLEIN BIERMAN, P.A.
COUNSELLORS AT LAW

DANIEL C. NOWELL
HENRY J. AMOROSO
HERBERT C. KLEIN
WILLIAM D. BIERMAN†
VICTOR J. HERLINSKY, JR.
ANTHONY PANTANO*
DAVID EDELBERG*
LINDA DUNNE
MICHAEL J. PALMA*☐
MICHAEL J. NOONAN
WILLIAM C. SOUKAS*
BRADLEY M. WILSON†
JOHN R. LLOYD☐
THOMAS C. MARTIN†

RICK A. STEINBERG *☐
JOSEPH S. SHERMAN
   COUNSEL

155 POLIFLY ROAD
HACKENSACK, NEW JERSEY 07601
(201) 343-5001
Facsimile: (201) 343-5181

E-Mail: nakblaw.com

New York Office
PMB 46028
140 Broadway
New York, NY 10005
(212) 858-7710
Facsimile: (212) 858-7750

TIMOTHY J. BARTZOS
GREGORY K. ASADURIAN
ROMAL D. BULLOCK
JOHN P. MARZOLLA*
ANTHONY J. MARCHESE*
YANA CHECHELNITSKY*

ARTHUR MINUSKIN
ANTHONY J. FRESE
KAREN A. PASSARO
JOHN G. HUDAK
   OF COUNSEL

* Also Admitted in NY
† Also Admitted in the
   Federal Courts in NY
☐ Also Admitted in PA

January 2, 2008

**_VIA CM/ECF_**

Honorable Ronald J. Ellis, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York City, NY 10007-1312

    Re:   CNA Ins. Co., Ltd. v. Mercer Transportation Co., Inc.
             Civil Case No.: 07-cv-9919 (BSJ)(RJE)
             Our File No.: 2557.011

Dear Judge Ellis:

    We serve as legal counsel to Defendant, Mercer Transportation Co., Inc. in regard to the above-captioned matter.

    Pursuant to Your Honor's Individual Practice Rule 1. E., we respectfully submit this letter request to extend the time for the Defendant to Answer or to otherwise plead to the Compliant.

    The original due date for the Answer or pleading is January 8, 2008.

    There have been no prior requests to extend.

    The adversary has given his consent to this request to extend.

    An Initial Conference is not scheduled in this case until January 29, 2008 at 2:00 PM before Your Honor.

Honorable Ronald J. Ellis, U.S.M.J.
United States District Court
Southern District of New York
January 2, 2008
Page 2

      We respectfully request that the time for the Defendant, Mercer Transportation Co., Inc. to Answer or otherwise plead as to the Complaint be extended from January 8, 2008 to January 22, 2008.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      Nowell Amoroso Klein Bierman, P.A.

      /s/ Thomas C. Martin

      Thomas C. Martin

TCM/bb
Cc: John Eric Olson, Esq.

---

SO ORDERED
Ronald J. Ellis, U.S.M.J.