# NOWELL AMOROSO KLEIN BIERMAN, P.A.
### COUNSELLORS AT LAW

DANIEL C. NOWELL
HENRY J. AMOROSO
HERBERT C. KLEIN
WILLIAM D. BIERMAN†
VICTOR J. HERLINSKY, JR.
ANTHONY PANTANO*
DAVID EDELBERG*
LINDA DUNNE
MICHAEL J. PALMA*□
MICHAEL J. NOONAN
WILLIAM C. SOUKAS*
BRADLEY M. WILSON†
JOHN R. LLOYD□
THOMAS C. MARTIN†

RICK A. STEINBERG *□
JOSEPH S. SHERMAN
  COUNSEL

TIMOTHY J. BARTZOS
GREGORY K. ASADURIAN
ROMAL D. BULLOCK
JOHN P. MARZOLLA*
ANTHONY J. MARCHESE*
YANA CHECHELNITSKY*

ARTHUR MINUSKIN
ANTHONY J. FRESE
KAREN A. PASSARO
JOHN G. HUDAK
  OF COUNSEL

* Also Admitted in NY
† Also Admitted in the
   Federal Courts in NY
□ Also Admitted in PA

155 POLIFLY ROAD
HACKENSACK, NEW JERSEY 07601
(201) 343-5001
Facsimile: (201) 343-5181

E-Mail: nakblaw.com

New York Office
PMB 46028
140 Broadway
New York, NY 10005
(212) 858-7710
Facsimile: (212) 858-7750

January 7, 2008

**VIA HAND DELIVERY**
Honorable Ronald J. Ellis, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York City, NY 10007-1312

Re: CNA Ins. Co., Ltd. v. Mercer Transportation Co., Inc.
    Civil Case No.: 07-cv-9919 (BSJ)(RJE)
    Our File No.: 2557.011

Dear Judge Ellis:

We serve as legal counsel to Defendant, Mercer Transportation Co., Inc. in regard to the above-captioned matter.

We electronically filed our timely request to extend time to answer or otherwise plead on January 2, 2008 and mailed the request to Your Honor's attention via first class mail. We were advised today by your courtroom clerk Debbie that Your Honor was not in receipt of our request. Pursuant to Debbie's instructions, we are hand delivering our letter requesting an extension of time to Answer or to otherwise plead to the Complaint. Our request to extend is still timely as the deadline to answer or to otherwise plead does not run until January 8, 2008. Counsel for Plaintiff has consented to our requested extension.

We thank the Court for its attention to this matter.

Respectfully submitted,

Nowell Amoroso Klein Bierman, P.A.

Thomas C. Martin

**SO ORDERED**
Ronald Ellis 1-9-08
MAGISTRATE JUDGE RONALD L. ELLIS

TCM/bb
Cc: John Eric Olson, Esq. (via facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08