JONES/J

John Eric Olson (JO#4394)
Hill Rivkins & Hayden LLP
Attorneys for Plaintiff
45 Broadway
New York, NY 10006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

        1/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
CNA INSURANCE COMPANY LIMITED,

                Plaintiff,

   -against-

MERCER TRANSPORTATION CO. INC.

               Defendant.
----------------------------------------------------------x

Index No.
07 Civ. 9919
Judge Jones

**Stipulation of Discontinuance**

**PLEASE TAKE NOTICE** that defendants not having answered, appeared or otherwise moved that pursuant to Rule 41 of the Federal Rules of Civil Procedure that plaintiff, CNA INSURANCE COMPANY LIMITED, by its attorneys, Hill Rivkins & Hayden LLP, hereby dismisses the captioned action without prejudice.

Dated: New York, New York
        January 24, 2008

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff

By: _____
John Eric Olson (JO#4394)

45 Broadway, Suite 1500
New York, NY 10006-3739

SO ORDERED:
_____
United States District Judge

1/25/08